**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lashawn Jermaine JOHNSON,**
**Defendant–Appellant.**

**No. 10–30029.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 19, 2011.

James Edmund Seykora, Esquire, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Vernon Edward Woodward, Woodward & Casey, PLLC, Billings, MT, for Defendant–Appellant.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Lashawn Jermaine Johnson appeals from the 353–month sentence imposed following his jury-trial conviction for various drug offenses involving cocaine base. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Johnson contends that his sentence is substantively unreasonable because the sentence fails to account for the crack/powder disparity and other 18 U.S.C. § 3553(a) sentencing factors. In light of the totality of the circumstances and the factors set forth in section 3553(a), the sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.